

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00199-CV

| | | |
|---|---|---|
| PRINCESS EAGLIN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF STARR BRUNSON, DECEASED, Appellant | § | On Appeal from the 462nd District Court |
| | § | of Denton County (17-1529-442) |
| V. | § | January 14, 2021 |
| JONATHAN PURCELL, M.D., Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Princess Eaglin shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell